IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DORA L. ADKINS,                          )
                                         )
        Plaintiff,                       )
                                         )
    v.                                   )        1:25-cv-747 (LMB/WEF)
                                         )
MICROSOFT CORPORATION,                   )
                                         )
        Defendant.                       )

## ORDER

Dora L. Adkins, a pro se litigant who has been placed under pre-filing injunctions by

several courts,[1] has attempted to file yet another meritless lawsuit in this Court. Specifically, she

has filed a "Motion for Leave from the Court to File a Proposed Emergency Complaint"

("Motion for Leave") against Microsoft Corporation. In the proposed rambling 35-page

Complaint, plaintiff seeks $600 million in damages based on defendant having committed the

state law tort of intentional infliction of emotional distress by, among other allegations, denying

her access to her Microsoft 365 account "because the telephone number Plaintiff has connected

---

[1] See, e.g., Adkins v. CP/IPERS Arlington Hotel, LLC, 293 Va. 446, 452 (2017) (after reviewing 41 of plaintiff's past cases, concluding that plaintiff had "a history of (1) filing duplicative vexatious lawsuits, (2) without any objective good faith basis, and (3) at the expense of the court system and opposing parties."); Adkins v. Merrifield Hotel Associates, L.P., No. 1:22-cv-399, [Dkt. No. 14] (recognizing that she "has repeatedly abused this Court's process" and, as a result, ordering that "the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the [$300] docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1"); Adkins v. Hyatt Corp., No. 1:20-cv-01410-AJT-IDD, at *1 (E.D. Va. Oct. 1, 2021) (prohibiting Adkins from "filing in this district without pre-filing leave of Court any action against Defendant Hyatt Corporation or any other company or individual that alleges under any legal theory injuries or damages arising out of alleged food or chemical poisoning").

to the Microsoft 365 software packet is no longer connected to the Plaintiff as Plaintiff's home telephone number but is still connected to all of Plaintiff's account while Plaintiff is displaced."

This proposed Complaint, like the dozens of others plaintiff has filed or tried to file,[2] is totally meritless. Although the Complaint alleges diversity of citizenship between the parties and the amount in controversy exceeds $75,000, the repetitive fanciful allegations do not make out a plausible claim of any tortious conduct on defendant's part. Lastly, as this plaintiff has frequently been advised, seeking exorbitant damages supports the conclusion that the Complaint is frivolous. For all these reasons, it is hereby

ORDERED that plaintiff's Motion for Leave [Dkt. No. 1] and Motion to Expedite [Dkt. No. 2] be and are DENIED.

To appeal this decision, plaintiff must file a written notice of appeal with the Clerk's office within 30 days of the date of this Order. See Fed. R. App. P. 4(a). A written notice of appeal is a short statement indicating a desire to appeal and including the date of the Order the plaintiff wishes to appeal. Failure to file a timely notice of appeal waives the right to appeal this decision.

The Clerk is directed to forward copies of this Order to plaintiff, pro se, at her address of record and close this civil action.

Entered this 2ⁿᵈ day of May, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

---

[2] Plaintiff has filed in this Court at least thirty-four unsuccessful complaints—five in 2025 alone. Plaintiff appealed many of the dismissals to the Fourth Circuit yet has never prevailed.